**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BILLY F. HAYES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:19-cv-02929-G-BT** |
| | ) | |
| **BANK OF AMERICA, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules 81.1(a)(3)(D),

3.1(c), and 3.2(e), Plaintiff, Billy F. Hayes, file this Certificate of Interested Persons, and state that

the following persons, entities, and firms may have a financial interest in the outcome of this

litigation:

1.      Plaintiff, Billy F. Hayes;

2.      Defendant, Bank of America, N.A.

Plaintiff reserves the right to amend or supplement this certificate as needed.

RESPECTFULLY SUBMITTED,


/s/ Robert C. Newark, III
Robert C. Newark, III
Texas Bar No. 24040097
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas  75247
Telephone (866)230-7236
Fax (888)316-3398
Email:  office@newarkfirm.com
Attorney for Plaintiff, Billy F. Hayes

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on December 31, 2019 on the following *via ECF and/or certified mail return receipt requested and/or first class mail* pursuant to the Federal Rules of Civil Procedure:

R. Dwayne Donner
*Counsel for Defendant*


/s/ Robert C. Newark, III
Robert C. Newark, III