UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILL HAYES,          Plaintiffs,<br><br>VS.<br><br>BANK OF AMERICA, N.A.,          Defendant. | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)  3:19-CV-02929-G-BT<br>)<br>)<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 15, 2020 (docket entry 10). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 9, 2020.

_____
A. JOE FISH
Senior United States District Judge